# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

| | |
|---|---|
| **COALITION FOR WORKFORCE INNOVATION**, *et al*, <br><br> **Plaintiffs** <br><br> vs. <br><br> **MARTY WALSH**, *et al*, <br><br> **Defendants.** | § § § § § § § § § § § <br><br> CASE NO. 21-CV-00130-MAC |

## **PLAINTIFF'S NOTICE OF FILING JOINT APPENDIX**

Plaintiffs, the Coalition for Workforce Innovation ("CWI"), Associated Builders and Contractors of Southeast Texas, Inc. ("ABCST"), Associated Builders and Contractors, Inc. ("ABCN"), and the Financial Services Institute, Inc. ("FSI"), by counsel, hereby file the ATTACHED Joint Appendix per the Court's Second Amended Scheduling Order (ECF No. 29).

Dated: November 4, 2021

Respectfully submitted,

 */s/ Maurice Baskin*
Robert F. Friedman (Bar No. 24007207)
Sean McCrory (Bar No. 24078963)
LITTLER MENDELSON, PC
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201-2931
Tel: (214) 880-8100
Fax: (214) 880-0181
rfriedman@littler.com
smccrory@littler.com

Maurice Baskin (*pro hac vice*)
DC Bar No. 248898
LITTLER MENDELSON, PC
815 Connecticut Ave., NW
Washington, DC 20036
Tel: (202) 772-2526
Fax: (202) 842-0011
mbaskin@littler.com

***ATTORNEYS FOR PLAINTIFFS***

# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2021, the foregoing Notice was electronically filed with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to counsel for Defendants:

                R. Charlie Merritt
                U.S. Department of Justice
                1100 L Street NW
                Washington, D.C. 20005

                                  */s/Maurice Baskin*
                                  Maurice Baskin