| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE § 
INNOVATION, ASSOCIATED BUILDERS § 
AND CONTRACTORS OF SOUTHEAST § 
TEXAS, ASSOCIATED BUILDERS AND § 
CONTRACTORS, INC., and FINANCIAL § 
SERVICES INSTITUTE, INC., § 
 § 
    Plaintiffs, § 
 § 
*versus* §    CIVIL ACTION NO. 1:21-CV-130 
 § 
MARTY WALSH, *in his official capacity as* § 
*Secretary of Labor, United States Department* § 
*of Labor*, JESSICA LOOMAN, *in her official* § 
*capacity as Principal Deputy Administrator,* § 
*Division of Wage and Hour*, and UNITED § 
STATES DEPARTMENT OF LABOR, § 
 § 
    Defendants. §

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Order signed March 14, 2022, Plaintiffs' Motion for Summary Judgment (#18) is GRANTED, and Defendants' Cross-Motion for Summary Judgment (#23) is DENIED. It is further ORDERED that the Delay Rule, Independent Contractor Status Under the Fair Labor Standards Act (FLSA): Delay of Effective Date, 86 Fed. Reg. 12,535 (Mar. 4, 2021), and the Withdrawal Rule, Independent Contractor Status Under the Fair Labor Standards Act (FLSA): Withdrawal, 86 Fed. Reg. 24,303 (May 6, 2021), are VACATED. Therefore, the Independent Contractor Rule, Independent Contractor Status Under the Fair Labor Standards Act, 86 Fed. Reg. 1,168 (Jan. 7, 2021), became effective as of March 8, 2021, the rule's original effective date, and remains in effect. IT IS SO ORDERED.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 14th day of March, 2022.

                                 _____
                                         MARCIA A. CRONE
                                 UNITED STATES DISTRICT JUDGE