# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARTY WALSH, in his official capacity as Secretary of Labor, *et al.*, <br><br> Defendants. | Case No. 21-CV-00130 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's March 14, 2022 Memorandum and Order, ECF No. 32, and Final Judgment, ECF No. 33, which entered final judgment in favor of Plaintiffs and vacated the rules challenged in this litigation.

Dated: May 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, DEFENDANTS' NOTICE OF APPEAL was filed electronically with the Clerk of the Court and is available for viewing and downloading from the Electronic Case Filing (ECF) system. I certify that all participants in this case are registered ECF users and that service will be accomplished by the ECF system.

*/s/ R. Charlie Merritt*