# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 18, 2024

MEMORANDUM TO ALL PARTIES OR COUNSEL BELOW:

No. 22-40316   Coalition v. Su
              USDC No. 1:21-CV-130

Attached is a revised case caption which includes the following changes:

- Martin Walsh, in his official capacity as Secretary of Labor, United States Department of Labor replaced by Julie A. Su, Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor, United States Department of Labor; and

- Jessica Looman, in her official capacity as Principal Deputy Administrator, Division of Wage and Hour updated to reflect Jessica Looman, in her official capacity as Administrator, Division of Wage and Hour.

This caption should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc: Mr. Maurice Baskin
    Mr. Joseph Forrest Busa
    Mr. Robert Francois Friedman
    Ms. Alisa Beth Klein
    Mr. Robert Charles Merritt
    Mr. David O'Toole

Case No. 22-40316

Coalition for Workforce Innovation; Associated Builders and Contractors of Southeast Texas; Associated Builders and Contractors, Incorporated; Financial Services Institute, Incorporated,

    Plaintiffs - Appellees

v.

Julie A. Su, Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor, United States Department of Labor; Jessica Looman, in her official capacity as Administrator, Division of Wage and Hour; United States Department of Labor,

    Defendants - Appellants