| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE §
INNOVATION, ASSOCIATED BUILDERS §
AND CONTRACTORS OF SOUTHEAST §
TEXAS, ASSOCIATED BUILDERS AND §
CONTRACTORS, INC., and FINANCIAL §
SERVICES INSTITUTE, INC., §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiffs, §
　　　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　　§　CIVIL ACTION NO. 1:21-CV-130
　　　　　　　　　　　　　　　　§
JULIE SU, *in her official capacity as* §
*Secretary of Labor, United States Department* §
*of Labor*, JESSICA LOOMAN, *in her official* §
*capacity as Principal Deputy Administrator,* §
*Division of Wage and Hour*, and UNITED §
STATES DEPARTMENT OF LABOR, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

**ORDER**

Consistent with the United States Court of Appeals for the Fifth Circuit's opinion in case number 22-40316, this court's decision is vacated as moot (#s 32, 33).

Plaintiffs' Motion for Leave to File Second Amended Complaint (#39) is GRANTED.

SIGNED at Beaumont, Texas, this 6th day of March, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE