Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 3:22 pm, Mar 05, 2024

1. This application is being made for the following: Case # No. 21-CV-00130-MAC
Style/Parties: Coalition for Workforce Innovation, et al v. Julie Su, et. al
2. Applicant is representing the following party/ies: Financial Services Institute, Inc.
3. Applicant was admitted to practice in D.C. (state) on 07/07/1995 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attached - Exhibit A
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Eugene Scalia do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 03/05/2024        Signature /s/ Eugene Scalia        (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Eugene Scalia
Bar Number /State: 447524 / D.C.
Firm Name: Gibson, Dunn & Crutcher LLP
Address/P.O. Box: 1050 Connecticut Avenue, N.W.
City/State/Zip: Washington, D.C. 20001
Telephone #: 202.955.8500
Fax #: 202.467.0539
E-mail Address: EScalia@gibsondunn.com
Secondary E-Mail Address:

This application has been approved for the court on: **3/5/2024**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

# Exhibit A

**EXHIBIT A**

Eugene Scalia
Bar Memberships and Court Admissions

| Court | Date Admitted | Active/Not Active | Bar Number |
|---|---|---|---|
| Supreme Court of the United States of America | June 9, 2008 | Active | N/A |
| District of Columbia Court of Appeals * | July 7, 1995 | Active | 447524 |
| U.S. Court of Appeals for the First Circuit | June 4, 1997 | Active | 43565 |
| U.S. Court of Appeals for the Second Circuit | May 14, 2009 | Active | N/A |
| U.S. Court of Appeals for the Third Circuit | July 2007 | Active | N/A |
| U.S. Court of Appeals for the Fourth Circuit | July 1997 | Active | N/A |
| U.S. Court of Appeals for the Fifth Circuit | March 16, 2017 | Active | N/A |
| U.S. Court of Appeals for the Sixth Circuit | March 2007 | Active | N/A |
| U.S. Court of Appeals for the Seventh Circuit | October 20, 2016 | Active | N/A |
| U.S. Court of Appeals for the Eighth Circuit | March 16, 2017 | Active | N/A |
| U.S. Court of Appeals for the Ninth Circuit | June 1993 | Active | 151540 |
| U.S. Court of Appeals for the Eleventh Circuit | August 11, 2011 | Active | N/A |
| U.S. Court of | May 1994 | Active | 42953 |

| Court | Date Admitted | Active/Not Active | Bar Number |
|---|---|---|---|
| Appeals for the DC Circuit | | | |
| U.S. District Court for the Central District of California | April 1991 | Active | 151540 |
| U.S. District Court for the Eastern District of Virginia | November 1993 | Active | 36513 |
| U.S. District Court for the District of Columbia * | July 7, 1995 | Active | 447524 |
| U.S. District Court for the District of Maryland | February 1995 | Active | 12182 |
| U.S. District Court for the Northern District of California | September 22, 2000 | Active | 151540 |
| U.S. District Court for the Eastern District of Michigan | May 16, 2006 | Active | N/A |

* These courts share the same bar number.