UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JULIE A. SU, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:21-CV-130 ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING APPLICATION OF THE SOCIETY FOR HUMAN RESOURCES MANAGEMENT MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS COALITION FOR WORKFORCE INNOVATION ET AL'S MOTION FOR SUMMARY JUDGMENT**

The Court has reviewed and considered the application of the Society for Human Resources Management for leave to file an *amicus curiae* brief in support of Plaintiffs Coalition for Workforce Innovation et al's motion for summary judgment. The parties do not oppose the filing of this *amicus curiae* brief.

IT IS HEREBY ORDERED that the application for leave to file an *amicus* brief filed on April 25, 2024 is hereby GRANTED. SO ORDERED.