# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JULIE A. SU, *et al.*, <br><br> Defendants. | Case No. 21-CV-00130-MAC |

# [PROPOSED] ORDER

For good cause shown, the unopposed motion by *amici curiae* for leave to file a brief in support of the Plaintiffs' motion for summary judgment, Dkt. 52, is hereby GRANTED.

SO ORDERED.