| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE § \
INNOVATION, ASSOCIATED BUILDERS § \
AND CONTRACTORS OF SOUTHEAST § \
TEXAS, ASSOCIATED BUILDERS AND § \
CONTRACTORS, INC., and FINANCIAL § \
SERVICES INSTITUTE, INC., § \
§ \
    Plaintiffs, § \
§ \
*versus* §   CIVIL ACTION NO. 1:21-CV-130 \
§ \
JULIE SU, *in her official capacity as* § \
*Secretary of Labor, United States Department* § \
*of Labor*, JESSICA LOOMAN, *in her official* § \
*capacity as Principal Deputy Administrator,* § \
*Division of Wage and Hour*, and UNITED § \
STATES DEPARTMENT OF LABOR, § \
§ \
    Defendants. §

## ORDER

    The Society for Human Resources Management's Corrected Unopposed Application for Leave to File *Amicus* Brief in support of Plaintiffs (#55) is GRANTED. Accordingly, the Society for Human Resources Management's Unopposed Application for Leave to File *Amicus* Brief (#54) is DENIED as moot.

    SIGNED at Beaumont, Texas, this 30th day of April, 2024.

                                                                      MARCIA A. CRONE \
                                                    UNITED STATES DISTRICT JUDGE