| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE § 
INNOVATION, ASSOCIATED BUILDERS § 
AND CONTRACTORS OF SOUTHEAST § 
TEXAS, ASSOCIATED BUILDERS AND § 
CONTRACTORS, INC., and FINANCIAL § 
SERVICES INSTITUTE, INC., §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:21-CV-130
§
JULIE SU, *in her official capacity as* §
*Secretary of Labor, United States Department* §
*of Labor*, JESSICA LOOMAN, *in her official* §
*capacity as Principal Deputy Administrator,* §
*Division of Wage and Hour*, and UNITED §
STATES DEPARTMENT OF LABOR, §
§
    Defendants. §

## ORDER

  The Unopposed Motion by *Amici Curiae*[1] for Leave to File Brief in Support of Plaintiffs' Motion for Summary Judgment (#57) is GRANTED.

  SIGNED at Beaumont, Texas, this 30th day of April, 2024.

                MARCIA A. CRONE
               UNITED STATES DISTRICT JUDGE

---

[1] *Amici curiae* include the American Hotel & Lodging Association, the Associated General Contractors of America, Inc., the Small Business and Entrepreneurship Council, the Association of Bi-State Motor Carriers, Inc., the American Bakers Association, Independent Electrical Contractors, the National Association of Convenience Stores, and the National Association of REALTORS.