**UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| COALITION FOR WORKFORCE INNOVATION, ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTHEAST TEXAS, ASSOCIATED BUILDERS AND CONTRACTORS, INC., FINANCIAL SERVICES INSTITUTE, INC., NATIONAL FEDERATION OF INDEPENDENT BUSINESS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, and AMERICAN TRUCKING ASSOCIATIONS, | § § § § § § § § § § § § | |
| *versus* | § § | CIVIL ACTION NO. 1:21-CV-130 |
| JULIE SU, *in her official capacity as Secretary of Labor, United States Department of Labor*, JESSICA LOOMAN, *in her official capacity as Principal Deputy Administrator, Division of Wage and Hour*, and UNITED STATES DEPARTMENT OF LABOR | § § § § § § § § | |

**AMENDED SCHEDULING ORDER**

Defendants' Unopposed Motion for Ten-Day Extension of Time (#64) is granted. The Scheduling Order in this case is amended as follows.[1]

1. May 24, 2024 — DEFENDANTS shall file their cross-motion for summary judgment and their response to Plaintiffs' motion for summary judgment by this date.

2. June 4, 2024 — PLAINTIFFS shall file their reply in support of their motion for summary judgment and their response to Defendants' motion for summary judgment by this date.

3. June 25, 2024 — DEFENDANTS shall file their reply in support of their motion for summary judgment by this date.

4. July 9, 2024 — The PARTIES shall file a joint appendix of excerpts from the Administrative Record cited by the parties in their briefing. Three hard copies of the appendix must also be submitted to the court.

## Signed this date

**May 9, 2024**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] General Proviso: This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, local rule, or case law.