| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE § \
INNOVATION, ASSOCIATED BUILDERS § \
AND CONTRACTORS OF SOUTHEAST § \
TEXAS, ASSOCIATED BUILDERS AND § \
CONTRACTORS, INC., FINANCIAL § \
SERVICES INSTITUTE, INC., NATIONAL § \
FEDERATION OF INDEPENDENT § \
BUSINESS, CHAMBER OF COMMERCE § \
OF THE UNITED STATES OF AMERICA, § \
NATIONAL RETAIL FEDERATION, and § \
AMERICAN TRUCKING ASSOCIATIONS, § \
§ \
    Plaintiffs, § \
§ \
*versus* §   CIVIL ACTION NO. 1:21-CV-130 \
§ \
JULIE SU, *in her official capacity as* § \
*Secretary of Labor, United States Department* § \
*of Labor*, JESSICA LOOMAN, *in her official* § \
*capacity as Principal Deputy Administrator,* § \
*Division of Wage and Hour*, and UNITED § \
STATES DEPARTMENT OF LABOR, § \
§ \
    Defendants. §

# ORDER

    Plaintiffs must file a response in opposition or a statement that they are not opposed to Defendants' Motion to Exceed Page Limit (#71) on or before June 4, 2024.

    SIGNED at Beaumont, Texas, this 29th day of May, 2024.

                                             */s/ Marcia A. Crone*\
                                             MARCIA A. CRONE\
                                         UNITED STATES DISTRICT JUDGE