| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE INNOVATION, ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTHEAST TEXAS, ASSOCIATED BUILDERS AND CONTRACTORS, INC., FINANCIAL SERVICES INSTITUTE, INC., NATIONAL FEDERATION OF INDEPENDENT BUSINESS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, and AMERICAN TRUCKING ASSOCIATIONS, §§§§§§§§§§§§§§

Plaintiffs, §§

*versus* § CIVIL ACTION NO. 1:21-CV-130 §

JULIE SU, *in her official capacity as Secretary of Labor, United States Department of Labor*, JESSICA LOOMAN, *in her official capacity as Principal Deputy Administrator, Division of Wage and Hour*, and UNITED STATES DEPARTMENT OF LABOR, §§§§§§§§

Defendants. §§

**ORDER**

The Unopposed Motion of Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute for Leave to File Brief as *Amici Curiae* in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment (#79) is GRANTED.

SIGNED at Beaumont, Texas, this 4th day of June, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE