| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

COALITION FOR WORKFORCE § 
INNOVATION, ASSOCIATED BUILDERS § 
AND CONTRACTORS OF SOUTHEAST § 
TEXAS, ASSOCIATED BUILDERS AND § 
CONTRACTORS, INC., FINANCIAL § 
SERVICES INSTITUTE, INC., NATIONAL § 
FEDERATION OF INDEPENDENT § 
BUSINESS, CHAMBER OF COMMERCE § 
OF THE UNITED STATES OF AMERICA, § 
NATIONAL RETAIL FEDERATION, and § 
AMERICAN TRUCKING ASSOCIATIONS, § 
§ 
     Plaintiffs, § 
§ 
*versus* §   CIVIL ACTION NO. 1:21-CV-130 
§ 
JULIE A. SU, *in her official capacity as* § 
*Secretary of Labor, United States Department* § 
*of Labor*, JESSICA LOOMAN, *in her official* § 
*capacity as Principal Deputy Administrator,* § 
*Wage and Hour Division*, and UNITED § 
STATES DEPARTMENT OF LABOR, § 
§ 
     Defendants. §

# ORDER

     The parties shall submit simultaneous supplemental briefing, explaining the effect, if any, that the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024) has on the issues before the court in the case at bar. The supplemental briefs should not exceed 20 pages and shall be filed on or before November 20, 2024.

     SIGNED at Beaumont, Texas, this 30th day of October, 2024.

                                                         MARCIA A. CRONE
                                               UNITED STATES DISTRICT JUDGE