# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

| | |
|---|---|
| **COALITION FOR WORKFORCE INNOVATION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SU, ACTING SECRETARY, UNITED STATES DEPARTMENT OF LABOR,** *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00130-MAC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully file this notice of supplemental authority to inform the Court of a recent report and recommendation issued by a Magistrate Judge of the U.S. District Court for the Middle District of Tennessee in a parallel challenge to the 2024 Rule at issue in this case. *See* Report & Recommendation, *Littman v. U.S. Dep't of Labor*, No. 3:24-cv-194 (M.D. Tenn. Nov. 13, 2024), ECF No. 41. The Magistrate Judge concluded that the plaintiffs in that case lacked standing to challenge the 2024 Rule and recommended that the Court dismiss their claims for lack of jurisdiction. *Id.* A copy of the decision is attached.

Dated: Dec. 2, 2024                                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Lisa A. Olson*
Lisa A. Olson
Senior Trial Counsel

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12200
Washington, D.C. 20005
Tel: (202) 514-5633
Fax: (202) 616-8470
lisa.olson@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, the foregoing Defendants' Notice of Supplemental Authority was electronically filed in this case with the Clerk of the Court, utilizing the ECF system, which sent notification to all counsel of record.

/s/ *Lisa A. Olson*
Lisa A. Olson