IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 1:21-cv-00130-MAC |
| SU, ACTING SECRETARY, UNITED STATES DEPARTMENT OF LABOR, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully file this notice of supplemental authority to inform the Court of a recent decision by the U.S. District Court for the District of New Mexico in a parallel challenge to the rule at issue in this case. *See* Mem. Op. & Order, *Colt & Joe Trucking, LLC v. U.S. Dep't of Labor*, No. 1:24-cv-391 (D.N.M. Jan. 9, 2025), ECF No. 49. The court dismissed the plaintiff's claims for lack of standing, explaining that "[m]erely alleging that a regulation creates a chilling effect is not sufficient to give rise to standing," and that plaintiff had alleged "conclusory assumptions" about its future rather than any "specific *facts*" concerning expenditures in money or time in response to the 2024 Rule. *Id.* at 12-13. In the alternative, the court rejected the plaintiff's claims on the merits, holding in relevant part that the 2024 Rule is not arbitrary and capricious or contrary to the Fair Labor Standards Act. *Id.* at 14-30. A copy of the decision is attached as Exhibit A.

Dated: Jan. 10, 2025                                      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

        JULIE STRAUS HARRIS
        Assistant Director, Federal Programs Branch

        /s/ *Lisa A. Olson*
        Lisa A. Olson
        Senior Trial Counsel
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W., Room 12200
        Washington, D.C. 20005
        Tel: (202) 514-5633
        Fax: (202) 616-8470
        lisa.olson@usdoj.gov

        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, the foregoing Defendants' Notice of Supplemental Authority was electronically filed in this case with the Clerk of the Court, utilizing the ECF system, which sent notification to all counsel of record.

        /s/ *Lisa A. Olson*
        Lisa A. Olson