IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

| | | |
|---|---|---|
| **COALITION FOR WORKFORCE INNOVATION,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-00130-MAC |
| **VINCENT N. MICONE, III, ACTING SECRETARY, UNITED STATES DEPARTMENT OF LABOR,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF ERRATA IN
MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

The Court will please take notice that the signature block in Docket No. 108, Defendants' Motion for Continuance of Status Conference, contained an error. In particular, it should have listed Michael D. Granston, Deputy Assistant Attorney General, rather than Brett A. Schumate, Acting Assistant Attorney General, and therefore should have appeared like the signature block below. Undersigned counsel apologizes for any inconvenience this causes the Court.

Dated: Feb. 5, 2025                    Respectfully submitted,

                                        MICHAEL D. GRANSTON
                                        Deputy Assistant Attorney General

                                        JULIE STRAUS HARRIS
                                        Assistant Director, Federal Programs Branch

                                        /s/ Lisa A. Olson
                                        Lisa A. Olson
                                        Senior Trial Counsel
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W., Room 12200

2

Washington, D.C. 20005  
Tel: (202) 514-5633  
Fax: (202) 616-8470  
lisa.olson@usdoj.gov  

Counsel for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, the foregoing Defendants' Notice of Errata in Motion for a Continuance of Status Conference was electronically filed in this case with the Clerk of the Court, utilizing the ECF system, which sent notification to all counsel of record.

/s/ <i>Lisa A. Olson</i>  
Lisa A. Olson