| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE §
INNOVATION, *et al.*, §
§
§
§
      Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:21-CV-130
§
VINCENT N. MICONE, III, *acting secretary,* §
*United States Department of Labor, et al.*, §
§
      Defendants. §

## ORDER

Defendants' Motion for Continuance (#108) is GRANTED.  The status conference set for February 14, 2025, is reset for **March 3, 2025, at 2:00 p.m.**

SIGNED at Beaumont, Texas, this 6th day of February, 2025.

                                                MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE