IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION, ET AL.,<br>    PLAINTIFFS<br><br>v.<br><br>VINCENT N. MICONE, III, ET AL.,<br>    DEFENDANTS | Case No. 1:21-cv-00130-MAC |

**PROPOSED ORDER DENYING
DEFENDANTS' MOTION FOR SECOND CONTINUANCE**

Having received and reviewed Defendants' motion for a second continuance of the status conference, currently scheduled for March 3, 2025, and Plaintiffs' response in opposition thereto, said motion is hereby DENIED. It is HEREBY ORDERED that the parties will appear for the status conference as scheduled, with counsel to appear remotely either by telephone or by video call.

_____    _____

U.S. District Judge                         Date: