| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE §
INNOVATION, *et al.*, §
　　　　　　　　　　　　　　 §
　　　　　　　　　　　　　　 §
　　　　　　　　　　　　　　 §
　　　　　Plaintiffs, §
　　　　　　　　　　　　　　 §
*versus* §　　CIVIL ACTION NO. 1:21-CV-130
　　　　　　　　　　　　　　 §
VINCENT N. MICONE, III, *acting secretary,* §
*United States Department of Labor, et al.*, §
　　　　　　　　　　　　　　 §
　　　　　Defendants. §

**ORDER**

　　Pending before the court is Defendants' Motion for Second Continuance of Status Conference (#111), wherein the Defendants request to postpone the court's status conference currently set for March 3, 2025, at 2:00 p.m.[1] Defendants state that the Department of Labor does not yet have any Senate-confirmed leadership in place and "therefore are not yet in a position to make decisions regarding how to proceed." Defendants further contend that the requested continuance "may lead to a more efficient resolution of the issues."

　　Plaintiffs filed a Response in Opposition (#112), wherein Plaintiffs object to postponing the status conference because the Department of Labor has not agreed to withhold enforcement of the 2024 Rule in the meantime.

　　Having considered the Defendants' motion and the Plaintiffs' response, the court is of the opinion that a second continuance may facilitate a more productive status conference and promote greater efficiency in resolving this matter. The court therefore GRANTS Defendants' Motion for

---

[1] The court previously granted Defendants' Motion for Continuance (#108) and postponed the status conference set for February 14, 2025, to March 3, 2025.

Second Continuance of Status Conference (#111). The status conference is reset to **April 2, 2025, at 2:00 p.m.**

SIGNED at Beaumont, Texas, this 25th day of February, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE