| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COALITION FOR WORKFORCE INNOVATION, *et al.*, §§§§§

       Plaintiffs, §§

*versus*    §  CIVIL ACTION NO. 1:21-CV-130

LORI CHAVEZ-DEREMER, *Secretary, United States Department of Labor, et al.*, §§§§

       Defendants. §

## ORDER

This case is stayed and administratively closed pending the outcome of the status conference currently scheduled for **April 14, 2025.**

IT IS SO ORDERED.

SIGNED at Beaumont, Texas, this 28th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE