IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:21-cv-00130-MAC ) |
| LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of Court is respectfully requested to enter the appearance of Daniel Riess in place of the appearance previously entered by Lisa A. Olson, as counsel for Defendants in the present action.

Dated: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

 /s/ Daniel Riess
DANIEL RIESS (Texas Bar #24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-3098
 E-mail: daniel.riess@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, the foregoing document was electronically filed in this case with the Clerk of the Court utilizing the ECF system, which sent notification to all counsel of record.

/s/ <i>Daniel Riess</i>