IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| COALITION FOR WORKFORCE INNOVATION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 1:21CV130 |
| v. | § § | JUDGE MARCIA A. CRONE |
| MARTY WALSH, et al, | § § § | |
| Defendants. | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants file this Notice of Substitution of Counsel and request that Assistant United States Attorney James Garland Gillingham be substituted as counsel in the above-referenced cause. Accordingly, Defendants respectfully request that former Assistant United States Attorney, Andrea Parker, be withdrawn and removed from the service list as counsel.

The undersigned requests that he be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

ABE M. MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY


*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel:  (903) 590-1400
Fax: (903) 590-1436
Email:  James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                                        */s/ James Gillingham*  
                                                        JAMES GILLINGHAM