|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

COALITION FOR WORKFORCE  §
INNOVATION, ASSOCIATED BUILDERS §
AND CONTRACTORS OF SOUTHEAST §
TEXAS, ASSOCIATED BUILDERS AND §
CONTRACTORS, INC., FINANCIAL §
SERVICES INSTITUTE, INC., NATIONAL §
FEDERATION OF INDEPENDENT §
BUSINESS, CHAMBER OF COMMERCE §
OF THE UNITED STATES OF AMERICA, §
NATIONAL RETAIL FEDERATION, and §
AMERICAN TRUCKING ASSOCIATIONS, §
          §
          Plaintiffs, §
          §
*versus* § CIVIL ACTION NO. 1:21-CV-130
          §
LORI CHAVEZ-DEREMER, *Secretary,* §
*United States Department of Labor,* §
JESSICA LOOMANIN, *Administrator of the* §
*Division of Wage and Hour*, and §,
UNITED STATES DEPARTMENT OF §
LABOR, §
          §
          Defendants. §

## ORDER

On May 29, 2025, Defendants filed their first Status Report (#122) in accordance with the court's order (#118), wherein Defendants request to file status reports in sixty-day intervals rather than thirty-day intervals. Plaintiffs have not filed any objection to Defendants' request. Therefore, the court grants Defendants' request as unopposed. Defendants are ordered to file a status report on July 28, 2025, and every sixty days thereafter until otherwise instructed. Defendants remain obligated to provide prompt notice to the court when the purpose for the abeyance in this matter is obviated.

SIGNED at Beaumont, Texas, this 23rd day of June, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE