# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| COALITION FOR WORKFORCE INNOVATION *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:21-cv-00130-MAC<br>) |
| LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's Order dated April 29, 2025 (#118) granting Defendants' Motion to Hold Case in Abeyance (#116) ("Motion"), Defendants respectfully file this status report.

1. This case involves a challenge to a rule issued by the United States Department of Labor ("Department") that provides interpretive guidance regarding the analysis the Department used in its Fair Labor Standards Act ("FLSA") enforcement to determine whether workers are, as a matter of economic reality, in business for themselves (and thus independent contractors), or economically dependent on the employer for work (and thus employees). 89 Fed. Reg. 1638 (Jan. 10, 2024) ("2024 Rule").

2. Several other active challenges to the 2024 Rule are pending in other courts. *See Colt & Joe Trucking, LLC v. U.S. Dep't of Labor*, No. 24-cv-00391, 2025 WL 56658 (D.N.M. Jan. 9, 2025), *appeal pending*, No. 25-2022 (10th Cir.); *Frisard's Transp., LLC v. U.S. Dep't of Labor*, No. 2:24-cv-347 (E.D. La. Mar. 8, 2024), *appeal pending*, No. 24-30223 (5th Cir.); *Littman v. U.S.*

*Dep't of Labor*, No. 3:24-cv-00194, 2025 WL 763585 (M.D. Tenn. Mar. 11, 2025), *appeal pending*, No. 25-5335 (6th Cir.); *Warren v. U.S. Dep't of Labor*, No. 2:24-cv-007 (N.D. Ga. Oct. 7, 2024), *appeal pending*, No. 24-13505 (11th Cir.). Like this case, all of the other challenges to the 2024 Rule have also been held in abeyance. *See Frisard's Transp.*, No. 24-30223, Dkt. No. 112 (5th Cir. April 8, 2025); *Warren*, No. 24-13505, Dkt. No. 32 (11th Cir. Apr. 14, 2025); *Littman*, No. 25-5335, Dkt. No. 11 (6th Cir. May 2, 2025); *Colt & Joe Trucking*, No. 25-2022, Dkt. No. 20 (10th Cir. June 16, 2025).

3. Since the filing of Defendants' prior status report, the Office of Management and Budget's Office of Information and Regulatory Affairs published the Spring 2025 Unified Agenda of Regulatory and Deregulatory Actions ("Spring 2025 Agenda"), which reports on the actions administrative agencies plan to issue in the near and long term. The Spring 2025 Agenda reports that the Department intends to issue a notice of proposed rulemaking to rescind the rule at issue in this litigation and "is considering how it will proceed with respect to independent contractor classification under the FLSA" going forward.[1] The Spring 2025 Agenda indicates that the Department intends to publish this notice of proposed rulemaking in September.

4. As these developments illustrate, the Department continues to move forward with its reconsideration of the 2024 Rule at issue in this case. Defendants will notify the Court of any relevant additional developments in their next status report.

Dated: September 26, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JOSEPH BORSON
Assistant Branch Director

---

[1] https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1235-AA46

*/s/ Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, a true and correct copy of the the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Daniel Riess*
DANIEL RIESS

3