**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **COALITION FOR WORKFORCE INNOVATION** *et al.*, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 1:21-cv-00130-MAC** |
| **KEITH E. SONDERLING,**[1] **in his official capacity as Acting Secretary of Labor** *et al.*, | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**DEFENDANTS' STATUS REPORT**

In accordance with the Court's April 29, 2025 Order (#118) granting Defendants' Motion to Hold Case in Abeyance (#116) ("Motion"), Defendants respectfully file this status report.

1.      This case involves a challenge to a rule issued by the United States Department of Labor ("Department") that provides interpretive guidance regarding the analysis the Department used in its Fair Labor Standards Act ("FLSA") enforcement to determine whether workers are, as a matter of economic reality, in business for themselves (and thus independent contractors), or economically dependent on the employer for work (and thus employees).  89 Fed. Reg. 1638 (Jan. 10, 2024) ("2024 Rule").

2.      Several other challenges to the 2024 Rule are or were pending in other courts.  *See Colt & Joe Trucking, LLC v. U.S. Dep't of Labor*, No. 24-cv-00391, 2025 WL 56658 (D.N.M. Jan. 9, 2025), *appeal pending*, No. 25-2022 (10th Cir.); *Frisard's Transp., LLC v. U.S. Dep't of Labor*,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Keith E. Sonderling is automatically substituted for his predecessor, Lori Chavez-DeRemer, Secretary of Labor.

No. 2:24-cv-347 (E.D. La. Mar. 8, 2024), *appeal pending*, No. 24-30223 (5th Cir.); *Littman v. U.S. Dep't of Labor*, No. 3:24-cv-00194, 2025 WL 763585 (M.D. Tenn. Mar. 11, 2025), *appeal pending*, No. 25-5335 (6th Cir.); *Warren v. U.S. Dep't of Labor*, No. 2:24-cv-007 (N.D. Ga. Oct. 7, 2024), *appeal dismissed by stipulation*, No. 24-13505, Dkt. No. 39 (11th Cir. Mar. 6, 2026). Like this case, the other challenges to the 2024 Rule have also been or were held in abeyance. *See Frisard's Transp.*, No. 24-30223, Dkt. No. 112 (5th Cir. April 8, 2025); *Warren*, No. 24-13505, Dkt. No. 32 (11th Cir. Apr. 14, 2025); *Littman*, No. 25-5335, Dkt. No. 11 (6th Cir. May 2, 2025); *Colt & Joe Trucking*, No. 25-2022, Dkt. No. 20 (10th Cir. June 16, 2025).

3.      As noted in Defendants' prior status reports, the Department intends to reconsider the regulation at issue in this litigation.  Consistent with the Department's expressed intent to reconsider the rule, on February 27, 2026, the Department published a Notice of Proposed Rulemaking ("NPRM") in the Federal Register entitled "Employee or Independent Contractor Status Under the Fair Labor Standards Act, Family and Medical Leave Act, and Migrant and Seasonal Agricultural Worker Protection Act."  *See* 91 Fed. Reg. 9932.  The NPRM's 60-day comment period ended on April 28, 2026, and the Department received over 16,000 public comments.

4.      As this development demonstrates, the Department continues to move forward with its reconsideration of the 2024 Rule at issue in this case.  Defendants will notify the Court of any relevant additional developments in their next status report.

Dated: May 29, 2026                              Respectfully submitted,

                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General, Civil Division

                                                 JOSEPH BORSON
                                                 Assistant Branch Director

2

*/s/  Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel:  (903) 590-1400
Fax: (903) 590-1436
Email:  James.Gillingham@usdoj.gov

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM

3